Jeremy B. Jones, ABA No. 1711074
NICOLL BLACK & FEIG PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515
jjones@nicollblack.com
Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| In the Matter of the Complaint of Alaska Eagle LLC, as owner of ALASKA EAGLE (O.N. 252152), for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>**NO. 3:21-CV-00063-SLG**<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY (46 U.S.C. §§ 30501 et seq.)** |
|---|---|

Alaska Eagle LLC, as owner of the vessel ALASKA EAGLE (O.N. 252152) alleges as follows:

## I. JURISDICTION AND VENUE

1. This is an action for exoneration from or limitation of liability pursuant to 46 U.S.C. §§ 30501 *et seq.* and Rule F of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty and or Maritime Claims and Asset Forfeiture Actions.

2. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1333. To the extent the claims for relief asserted herein are also within the Court's subject-matter jurisdiction on some other ground, those claims are designated as admiralty and maritime claims pursuant to Fed. R. Civ. P. 9(h).

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY   PAGE 1 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 1 of 6

3. Venue lies in this Court pursuant to Rule F(9) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty and or Maritime Claims and Asset Forfeiture Actions because Alaska Eagle LLC has been sued in this district with respect to claims for which Alaska Eagle LLC seeks to limit liability.

## II. PARTIES

4. Petitioner Alaska Eagle LLC is a company organized and existing under the laws of the state of Alaska, with its principal place of business located in Seward, Alaska.

5. The vessel ALASKA EAGLE (O.N. 252152) is an 82-foot power scow constructed in 1943 by Maritime Shipyards in Seattle, Washington. At all times relevant herein, Alaska Eagle LLC was the sole owner and operator of the vessel.

## III. RELEVANT FACTS

6. At all times relevant herein, Alaska Eagle LLC used due diligence to make ALASKA EAGLE seaworthy in all respects, and at the time of the commencement of the voyage described herein and throughout the course of that voyage, ALASKA EAGLE was staunch, tight, strong, fully and properly manned, equipped, supplied, and navigated, and was in all respects seaworthy and fit for the service in which she was engaged.

7. The claims sought to be limited are those arising during a voyage in the waters adjacent to Kodiak Island on August 15, 2020. On that date, while underway in Kupreanof Strait in the vicinity of Whale Pass, ALASKA EAGLE was involved in an apparent collision with the vessel DENISE MARIE (O.N. 549323). The DENISE MARIE subsequently capsized.

8. DENISE MARIE Master Michael Patitucci and crewmembers Mariel Ellingson, Daniel Carlsen, and Gunnar Lassen were on board at that time, and were

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY  PAGE 2 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 2 of 6

safely recovered by the crew of the ALASKA EAGLE.

9. The DENISE MARIE and her equipment and appurtenances were allegedly damaged, and a salvage operation was allegedly required to recover the vessel.

10. The ALASKA EAGLE's voyage terminated later that same day at Kodiak, Alaska.

11. As of the date of this filing, three pending actions arising from this voyage are known to Alaska Eagle LLC. The currently pending suits include the following: <u>Ellingson v. Alaska Eagle, LLC</u>, Superior Court of Alaska Case No. 3AN-20-00534, in which DENISE MARIE crewmembers Mariel Ellingson, Daniel Carlsen, and Gunnar Lassen claim personal injury in connection with the capsizing of DENISE MARIE; <u>Patitucci v. Alaska Eagle LLC</u>, Superior Court of Alaska Case No. 3AN-20-09713, in which DENISE MARIE Master and owner Michael Patitucci claims personal injury and property damage in connection with the capsizing of DENISE MARIE; and <u>Seine Vessels Reserve v. Alaska Eagle LLC</u>, District of Alaska Case No. 3:21-cv-000009-SLG, in which Seine Vessels Reserve claims a subrogated interest in property damage connected with the capsizing and recovery of DENISE MARIE.

12. None of the above-referenced pending suits specifies an amount of damages. Plaintiff Seine Vessels Reserve, however, provided Alaska Eagle LLC a Notice of Claim of Lien against the ALASKA EAGLE for the amount of $500,000 for alleged property damage arising from the voyage referenced above. Accordingly, Alaska Eagle LLC believes the aggregate amount of claims arising from the above-referenced voyage will substantially exceed the post-casualty value of ALASKA EAGLE.

13. As set forth in the contemporaneously filed Declarations of Capt. Joseph A. Derie II and Jeremy B. Jones, and the *Ad Interim* Stipulation for Value, the value of

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY  PAGE 3 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 3 of 6

Alaska Eagle LLC's interest in the ALASKA EAGLE and her pending freigh at the close of the voyage was $153,500.

14. The apparent collision and subsequent capsizing of DENISE MARIE was not caused, in whole or in part, by any fault, negligence or lack of due care on the part of Alaska Eagle LLC, or any unseaworthy condition of ALASKA EAGLE. If any fault, negligence, lack of due care, or unseaworthy condition caused the apparent collision and capsizing, this occurred without the privity or knowledge of Alaska Eagle LLC.

### IV. PETITION FOR LIMITATION OF LIABILITY PURSUANT TO 46 U.S.C. §§ 30501 *et seq*. and Rule F

15. Alaska Eagle LLC asserts its right to exoneration from liability for damages arising from or in connection with the August 15, 2020, of the ALASKA EAGLE, or, in the alternative, claims the right to limit liability for damages arising from or in connection with that voyage.

16. Contemporaneously with this filing, Alaska Eagle LLC has filed with the Court an *Ad Interim* Stipulation for Value setting out the value of the ALASKA EAGLE at the conclusion of the voyage described herein.

17. Pursuant to Supplemental Rule F(1) and Local Admiralty Rule (f)-1, Alaska Eagle LLC has, contemporaneously with this filing, filed with the Court a bond in the amount of the value of Alaska Eagle LLC's post-voyage interest in ALASKA EAGLE and pending freight, plus 1000.00 for costs, with interest at the rate of 6% per annum.

### V. PRAYER FOR RELIEF

Alaska Eagle LLC prays for the following relief:

1. That this Court enter an Order directing that an injunction shall issue restraining the prosecution of any and all suits, actions, and proceedings against Alaska
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
Phone: (206) 838-7555 Fax: (206) 838-7515

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY     PAGE 4 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 4 of 6

Eagle LLC and/or the vessel ALASKA EAGLE to recover for damages arising out of or in connection with the August 15, 2020 voyage and the apparent collision with and capsizing of DENISE MARIE. This injunction shall apply to lawsuits, actions and proceedings already begun and shall further restrain the commencement of prosecution hereafter of any suit, action or legal proceeding of any nature or description whatsoever except in the present proceeding against Alaska Eagle LLC and/or the vessel ALASKA EAGLE in respect of any claims arising out of or in connection with the August 15, 2020, voyage, apparent collision, and capsizing;

2. That this Court adjudge that Alaska Eagle LLC is not liable to any extent for any loss or damage or for any claims whatsoever in any way arising out of or in connection with the August 15, 2020 voyage and the apparent collision with and capsizing of DENISE MARIE;

3. If Alaska Eagle LLC shall be judged liable, then such liability be limited to $153,500 pursuant to the Shipowner's Limitation of Liability Act, 46 U.S.C. § 30501, et seq., and that a decree be entered discharging Alaska Eagle LLC and the vessel ALASKA EAGLE from any and all further liability;

4. That this Court issue an order directing the issuance of a notice against all persons or other legal entities claiming damage or injury arising out of or in connection with the August 15, 2020, voyage and the apparent collision with and capsizing of DENISE MARIE, or otherwise asserting any claim with respect to which Alaska Eagle LLC seeks exoneration or limitation of liability, admonishing them to appear and file their respective claims with the Clerk of this Court, and to serve copies thereof on undersigned counsel, and to make due proof of their respective claims, and further to file their answer, if any, to the allegations of the Complaint, all as provided by the Federal Rules of Procedure and the Local Admiralty Rules;

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY   PAGE 5 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 5 of 6

5. That this Court issue an order directing the publication of the notice described above pursuant to the provisions of Supplemental Rule F(4);

6. That the Court approve and accept the bond provided as security for value and costs, with interest at 6% per annum from the date of filing pursuant to Supplemental Rule F(1);

7. That Alaska Eagle LLC may have such other and further relief as this Court may deem just and proper.

DATED this 22nd day of March, 2021.

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, Alaska Bar No. 1711074
Attorneys for Petitioner

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY  PAGE 6 OF 6
CASE NO. 3:21-cv-00063-SLG
IN THE MATTER OF THE COMPLAINT OF ALASKA EAGLE, LLC

Case 3:21-cv-00063-SLG   Document 1   Filed 03/22/21   Page 6 of 6