# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of Alaska Eagle LLC, as Owner of ALASKA EAGLE (O.N. 252152), for Exoneration from or Limitation of Liability. | Case No. 3:21-cv-00063-TMB<br><br>**ORDER ON UNOPPOSED AND STIPULATED MOTION FOR LEAVE TO DEPOSE PRISONER (DKT. 53)** |

Before the Court is Claimants Michael Patitucci, Mariel Ellington, Daniel Carlsen, Gunnar Lassen, and Seine Vessels Reserve's Unopposed and Stipulated Motion for Leave to Depose Prisoner (the "Motion").[1] In the Motion, Claimants seek leave under Federal Rule of Civil Procedure ("Rule") 30(a)(2)(B) to depose Christopher Phillips, who Claimants represent "was aboard the ALASKA EAGLE during the collision" underlying this case, who "holds instrumental facts regarding the incident," and who is currently confined in Coos County Jail in Coquille, Oregon.[2]

Having considered the Motion, the Court **GRANTS** Claimants leave to depose Christopher Phillips in a manner consistent with Rule 26(b).[3]

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 28th day of February, 2022.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 53 (Motion).

[2] *Id.* at 1–2.

[3] *See* Fed. R. Civ. P. 30(a)(2); Fed. R. Civ. P. 26(b).

1